**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**KEITH ALAN LAVERDURE**<br><br>**Defendant.** | **CR 22-58-GF-BMM**<br><br><br>**PRELIMINARY ORDER OF**<br>**FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture.  The Court having read the Motion and being fully advised in the premises finds:

THAT on October 4, 2022, the defendant, Keith Alan Laverdure, pleaded GUILTY to Count 1 of the indictment and TRUE to the forfeiture allegations, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853; and 18 U.S.C. § 924(d).  *See* (Doc. 30).

THAT as part of the plea agreement, defendant Laverdure agreed to forfeit to the United States specified items listed in the Appendix to the Plea Agreement. (Doc. 20 at 12).

THAT prior to the disposition of the asset, the United States Marshal's Service, the Drug Enforcement Administration, or a designated sub-custodian, is required to seize the forfeited property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT Laverdure's interest in the property listed in the Appendix to the Plea Agreement, (Doc. 20 at 12), is forfeited to the United States in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and Rule 32.2 of the *Federal Rules of Criminal Procedure.*

THAT the United States Marshal's Service, the Drug Enforcement Administration, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 26, United States Code, Section 5872(b), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will

enter a Final Order of Forfeiture.

DATED this 12th day of October 2022.


Brian Morris, Chief District Judge
United States District Court