# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **KEITH ALAN LAVERDURE, and BENJAMIN RICHARD SKINNER,** <br><br> Defendants. | **CR 22-58-GF-BMM** <br><br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture and Judgment (Doc. 51). The Court having read said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853; 18 U.S.C. § 924(d), and Federal Rule of Criminal Procedure 32.2;

THAT a Preliminary Order of Forfeiture for Keith Alan Laverdure was entered on October 12, 2022, (Doc. 34), and a Preliminary Order of Forfeiture for Benjamin Richard Skinner was entered on December 20, 2022. (Doc. 48)

THAT all known interested parties were provided an opportunity to respond and that publication has been made as required by 18 U.S.C.§ 924(d), 21 U.S.C. § 853(a) and Fed. R. Crim. P. 32.2(b)(6); and

1

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853; and 18 U.S.C. § 924(d).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

- All property listed in (Doc. 20) at 12, the Appendix to defendant Laverdure's plea agreement; and

- All property listed in (Doc. 42), the Appendix to defendant Skinner's plea agreement;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 16th day of February 2023.

_____
Brian Morris, Chief District Judge
United States District Court